UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
   Michael A Rochelle  
   Karla J Rochelle  
         Debtor(s)

Case No. 14 B 42466

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/25/2014.

2) The plan was confirmed on 03/12/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/20/2016.

5) The case was Dismissed on 02/08/2016.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,509.95 |
| Less amount refunded to debtor | $870.86 |

**NET RECEIPTS:** $8,639.09

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,495.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $320.66 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,815.66

Attorney fees paid and disclosed by debtor: $900.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACA Recovery | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 0.00 | 4,562.45 | 4,562.45 | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| burnham park animal hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CashCall | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 72.14 | 898.72 | 898.72 | 721.40 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,076.60 | 1,173.60 | 1,173.60 | 0.00 | 0.00 |
| coface collections north america | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 764.60 | 611.83 | 611.83 | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services | Unsecured | 1,134.87 | 1,134.87 | 1,134.87 | 0.00 | 0.00 |
| Donald E. Coulter, PC | Unsecured | 4,498.08 | NA | NA | 0.00 | 0.00 |
| Eaf Llc | Unsecured | 2,941.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| Harris and Harris | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Heller & Frisone Ltd. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 129.75 | 129.75 | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 2,458.00 | 19,586.00 | 19,586.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 320.80 | 320.80 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 2,058.72 | 1,745.36 | 1,745.36 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 1,486.60 | 2,984.50 | 2,984.50 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,560.00 | 2,397.86 | 2,397.86 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 95.31 | 95.31 | 0.00 | 0.00 |
| Jack Marks, DDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 1,042.50 | 1,042.50 | 0.00 | 0.00 |
| Lighthouse Financial | Secured | 1,341.75 | 0.00 | 1,341.75 | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,523.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Consultants | Unsecured | 703.04 | NA | NA | 0.00 | 0.00 |
| Monarch Recovery Management, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northland Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 400.49 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 392.00 | 434.74 | 434.74 | 0.00 | 0.00 |
| RMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Specialized Loan Servicing LLC | Secured | 340,818.00 | 323,352.88 | 323,352.88 | 0.00 | 0.00 |
| Specialized Loan Servicing LLC | Secured | 46,615.50 | 46,465.50 | 46,465.50 | 1,749.22 | 0.00 |
| Sprint Corp | Unsecured | 0.00 | 623.40 | 623.40 | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | 608.03 | 608.03 | 0.00 | 0.00 |
| Wollemi Acquisitions LLC | Unsecured | 0.00 | 1,081.52 | 1,081.52 | 0.00 | 0.00 |
| Wollemi Acquisitions LLC | Secured | 9,985.12 | 11,066.64 | 9,985.12 | 1,954.69 | 398.12 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $323,352.88 | $0.00 | $0.00 |
| Mortgage Arrearage | $46,465.50 | $1,749.22 | $0.00 |
| Debt Secured by Vehicle | $11,326.87 | $1,954.69 | $398.12 |
| All Other Secured | $898.72 | $721.40 | $0.00 |
| **TOTAL SECURED:** | **$382,043.97** | **$4,425.31** | **$398.12** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,143.22 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$4,143.22** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$35,389.30** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $3,815.66 |
| Disbursements to Creditors | $4,823.43 |
| **TOTAL DISBURSEMENTS** : | **$8,639.09** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/02/2016         By: /s/ Marilyn O. Marshall
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**